UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 NOV 19 P 1:13
U.S. DISTRICT COURT
DISTRICT OF MASS

1. PLAINTIFFS NAME Minister Practitioner/ Hurley, Maureen P.

CIVIL ACTION

NO. ________

Defendant's NAME Palmachuk, Sharlene/ Tenant Selection Specialist

COMPlAINT

PARTIES

1. The plaintiff is a resident of Peabody, Essex, MASSACHUSETTS and a citizen of United States.
2. The defendant is a employee of Peabody Housing Authority, Essex, MASSACHUSETTS and a citizen of United States.

2. JURISDICTION

Suit is under a Federal question - 28 U.S.C. 1331. The Constitution of the United States, amendment I, Law Violated.

3. FACTS

1. On Feb. 13, 03 I applied for a handicap dwelling.
2. Tried to pass in my application and doctor's note.
3. Defendant Sharlene Palmachuk rejected my doctor's note, then application, also.

# Facts

4. My chosen doctor, a minister practitioner, of the New Testament Faith, that can't go to any other Kind of doctor but a minister of the New Testament Faith. Myself, Maureen P. Hurley a new Minister Practitioner, to the court, is that, doctor minister. James Ch. 5 verse 13, 14 my evidence.

5. Sharlene Palmachuk didn't recognize that the first Amendment over-rides a general kind of medical doctor, in my circumstance.

6. Amendment I cites religious freedom. My faith accepts only minister doctors of my own faith, New Testament, (no Law changes).

# Relief

Wherefore, the plaintiff demands judgement against defendant, Palmachuk, for not accepting me as a acceptable doctor. An apology. Getting a handicap dwelling in a short time. Medical restrictions are to be accepted. Wilson Square, end apartment. Heart trouble need first floor.

Minister Practitioner/ Maureen P. Hurley 11/14/04

Minister, Practitioner/
Maureen P. Hurley
72 Central ST.
Peabody, MA. 01960
APT. 3

# Peabody
HOUSING AUTHORITY

Board Of Commissioners
KENNETH BRITT
LINDA DURKIN
MINAS DAKOS
GERALD GOLDBERG
JAMES O'BRIEN

SUITE 2 • 75 CENTRAL STREET • PEABODY • MASSACHUSETTS • 01960-4302
(978) 531-1938 • FAX (978) 977-0489 • EMAIL peabha@shore.net

Executive Director
FRANK SPLAINE

12/13/03
Thurs.

applied to housing Authority

**Dear Applicant:** [C] Handicapped

**You are applying or currently have an application on file with the Peabody Housing Authority as a ~~Non-Elderly Handicapped~~ Applicant.** Handicapped

**In order to be eligible for this program you need to have your physician complete the enclosed form and return with your application to the housing authority as soon as possible.**

**NOTE: YOUR APPLICATION WILL NOT BE PROCESSED UNTIL THIS VERIFICATION IS RECEIVED.**

**Sincerely,**
**Sharlene Palmachuk/Tenant Selection Specialist**

Maureen P. Hurley applied for Handicapped dwelling

end dwelling

Composition for peace and quiet

Sign ______

Sharlene Palmachuk 2/13/03



An Equal Housing Opportunity

Tenant Selection Specialist who rejected application for haindicapped housing. 2/13/03