# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Hurley, Maureen P. PRO SE | COURT CASE NUMBER: 04-12516 DPW |
| DEFENDANT: Palmachuk, Sharlene | TYPE OF PROCESS: Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Palmachuk, Sharlene (Peabody Housing Authority)

AT ADDRESS: 75 Central ST. MA. 01960

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Maureen P. Hurley
72 Central ST. APT. 3
Peabody, MA. 01960

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Only one address to serve at (Business)
Telephone number (978) 977-0489 office — FAX
— 1938 office

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Minister Maureen P. Hurley PRO SE
TELEPHONE NUMBER: none
DATE: 2/8/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 2/8/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

Date of Service: 02/15/05    Time: 8:45 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | -0- | | | | |

REMARKS:

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

1 Courthouse Way, Boston District of Massachusetts

Hurley, Maureen P. PRO SE

v.  Minister/Practitioner

**SUMMONS IN A CIVIL ACTION**

Palmachuk, Sharlene

CASE NUMBER: 04-12516 DPW

TO: (Name and address of Defendant)

Palmachuk, Sharlene
75 Central ST.  (Business address)
Peabody, MA. 01960  Essex County
(978-977-0489)

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hurley, Maureen P. PRO SE
72 Central ST.
Peabody, MA. Apt. 3
01960

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

1-20-05
DATE

(By) DEPUTY CLERK