UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. NO. 04 1216DPW

MINISTER PRACTIONER
MAUREEN HURLEY
Plaintiff            )
                     )
vs.                  )
                     )
                     )
SHARLENE PALMACHUK   )
Defendant            )

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the Defendant, SHARLENE PALMACHUK in the above entitled matter.

Defendant,
Sharlene Palmachuk
by her attorney,

_____
MAUREEN REILLY
BBO #555369
33 Kingston Street
Boston, MA  02111
(617) 338-2144

Dated: 3/1/05

CERTIFICATE OF SERVICE

I, Maureen Reilly, attorney for the Defendant, hereby certify that on March 1, 2005, I mailed a copy of the foregoing "Notice of Appearance", via first class mail, postage prepaid to the plaintiff, Maureen Hurley at 72 Central Street Apartment 3 Peabody, Massachusetts.

_____