UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.NO.
04-12516DPW

)
MINISTER PRACTITIONER/MAUREEN )
HURLEY                         )
      Plaintiff                )
                               )
v.                             )
                               )
SHARLENE PALMACHUK             )
      Defendant                )
                               )

DEFENDANT SHARLENE PALMACHUK'S MOTION TO ENLARGE TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT UNTIL MARCH 10, 2005

Now comes the Defendant Sharlene Palmachuk, and moves this Honorable Court to enlarge the time for filing a responsive pleading to the plaintiff's complaint until March 10, 2005. As grounds for its motion Defendant states as follows:

1. This case arises from allegations that the Defendant, an employee of the Peabody Housing Authority, violated the First Amendment, freedom of religion, by failing to provide the plaintiff with handicapped public housing without certification from a physician.

2. On February 28, 2005 the Peabody Housing Authority faxed a copy of the complaint to it's counsel, Maureen Reilly, advising that the complaint had been served on or about February 15, 2005. No return of service was included with the complaint. On March 1, 2005 Attorney Reilly telephoned the Court to determine when the complaint had actually been served and was informed that the complaint was served on or about February 8, 2005, making the answer due on February 28, 2005.

3. Defendant's counsel needs additional time to address the issues in the complaint and determine whether a motion to dismiss is appropriate.

4. The plaintiff is pro-se and did not provide a telephone number. Defendant's counsel has attempted to obtain a telephone number for plaintiff through the Peabody Housing Authority and directory assistance to no avail. Defendant's counsel is therefore unable to obtain plaintiff's assent to this motion.

5. The interests of justice require an allowance of this motion

and no party will be prejudiced by an allowance thereof. Wherefore, based on the foregoing the Defendant requests that this Honorable Court enlarge the time by which Defendant must file a responsive pleading to the plaintiff's complaint until March 10, 2005.

                                                The Defendant, Sharlene Palmachuck by her Attorney,

                                                Maureen L. Reilly, Esq.
                                                BBO #555369
                                                33 Kingston Street
                                                Boston, MA 02111
DATED: 3/1/05                                (617) 338-2144

CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above document on the plaintiff, Maureen Hurley at 72 Central Street Peabody, Massachusetts by mail on 3/1/05