UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. NO. 04 1216DPW

MINISTER PRACTIONER
MAUREEN HURLEY
Plaintiff            )
                     )
vs.                  )
                     )
                     )
SHARLENE PALMACHUK   )
Defendant            )

SCHEDULING STATEMENT

Now comes the Defendant and hereby submits the following Statement pursuant to Local Rule 16.1(D).

1. Nature of Action

The plaintiff, an applicant for public housing at the Peabody Housing Authority, applied for handicapped housing on or about February 13, 2003. The plaintiff was informed by the Defendant, an employee of the Peabody Housing Authority, that in order to qualify for handicapped housing she was required by 760 CMR 5.07 to submit a physician's report certifying the need for handicapped housing. The plaintiff claimed that she acts as her own doctor, although she is not a medical doctor, and refused to see a doctor or submit a physician's report. Plaintiff was denied handicapped housing and filed the instant action claiming that such denial violated her first amendment right to freedom of

religion.

2. Proposed Discovery Plan

a. Written discovery will be completed by October 1, 2005.

b. Depositions of fact witnesses will be completed by November 15, 2005.

c. Plaintiff's expert will be identified by December 15, 2005.

d. Plaintiff's expert report will be provided by January 15, 2006.

e. Defendant's expert witnesses will be identified by February 15, 2006.

f. Defendant's expert reports will be provided by March 15, 2006.

g. Depositions of Expert witnesses will be provided by April 30, 2006.

3. Motion Schedule

All dispositive motions will be served no later than June 1, 2006, but may be filed at any time previous thereto. Discovery motions, to the extent that they are necessary, will be filed prior to the close of discovery, April 30, 2005. Trial Motions are to be served not less than seven days prior to trial, except for good cause.

4. Trial by magistrate Judge

Defendant does not consent to trial before a magistrate judge.

Plaintiff,

_____

Maureen Hurley

72 Central Street

Peabody, MA 01960

                      Defendant,
                      Sharlene Palmachuk
                      by her attorney,

                      _____
                      MAUREEN REILLY
                      BBO #555369
                      33 Kingston Street
                      Boston, MA   02111
                      (617) 338-2144

Dated: