UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO. 04-1216DPW

---

MINISTER PRACTITIONER
MAUREEN HURLEY
    Plaintiff

V.

SHARLENE PALMACHUK
    Defendant

---

### DEFENDANT SHARLENE PALMACHUCK'S MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant Sharlene Palmachuk and moves this Court to enter summary judgment on her behalf pursuant to Fed. R. Civ. P. Rule 56(c) on the grounds that the pleadings, exhibits and affidavit establish that there is no dispute as to any material fact and that said Defendant is entitled to judgment as a matter of law as more fully set forth in Defendant's Memorandum attached hereto.

Defendant, Sharlene Palmachuk
By her attorney,

Maureen Reilly, Esq.
BBO#555369
33 Kingston Street
Boston, MA 02111
(617) 338-2144