```
                     UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


MINISTER PRACTITIONER           )
MAUREEN P. HURLEY,              )
     Plaintiff,                 )
                                )   CIVIL ACTION NO.
     v.                         )   04-12516-DPW
                                )
SHARLENE PALMACHUK,             )
     Defendant.                 )
```

MEMORANDUM AND ORDER
October 28, 2005

The plaintiff, a tenant at the Peabody Housing Authority apparently sought to obtain handicapped housing there. She was informed by the defendant, a tenant selector specialist for the Housing Authority, that she must demonstrate that she is disabled. The plaintiff explained that she did not need to comply with the regulation because "God told her not to fill out the paperwork; God told me I was disabled" and that she did not need to have a doctor and could be her own doctor under the circumstances. The plaintiff brought this action alleging that "the First Amendment overrides a general kind of medical doctor in my circumstances." The defendant has moved for summary judgment. The plaintiff has filed no opposition. It appears from the record that the defendant was following duly enacted regulations by requiring certification by a physician documenting physical and mental disability. See generally 760 CMR 5.07(2). The Supreme Court has recognized that "claims of religious conviction do not automatically entitle a person to fix unilaterally the conditions and terms of dealings with the

Government."  Bowen v. Roy, 476 U.S. 693, 702 (1986). Requirements such as those at issue here, which are religiously neutral and uniformly applied, pass constitutional muster. Accordingly, I hereby GRANT defendant's motion for summary judgment.

/s/ Douglas P. Woodlock

_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE