UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MINISTER PRACTITIONER
MAUREEN P. HURLEY,
    Plaintiff,

    v.                                    CIVIL ACTION
                                        NO. 04-12516-DPW

SHARLENE PALMACHUK,
    Defendant

## JUDGMENT

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order dated October 28, 2005, granting the Defendant's Motion for Summary Judgment, for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

    **Judgment for the Defendant against the Plaintiff.**

                                                  BY THE COURT,

                                                  /s/ Michelle Rynne
                                                  Deputy Clerk

 DATED: October 28, 2005